RECEIVED
MAR 0 9 2000
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY CLERK

FILED
2000 MAR 10 A 10: 16
CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IVAN STANLEY, )  |
|     Plaintiff, ) |
| ) |
| v. ) Cause No. EP-99-CA-035-DB |
| ) |
| UNITED STATES OF AMERICA, ) |
|     Defendant. ) |

## ORDER OF DISMISSAL

COME NOW Defendant, United States of America, and Plaintiff, Ivan Stanley, by and through their respective counsel, and subject to the approval of the Court, stipulate as follows:

1. All claims presented by the Plaintiff's Complaint shall be dismissed with prejudice as to the United States of America pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. All parties shall pay their own costs.

SIGNED and ENTERED this the 10th day of MARCH, 2000.

SO ORDERED:

_____
DAVID BRIONES
UNITED STATES DISTRICT JUDGE